

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1801-10

### EX PARTE MIGUEL MARTINEZ, Appellant

### ON DISCRETIONARY REVIEW
### FROM THE EIGHTH COURT OF APPEALS
### EL PASO COUNTY

*Per curiam. Cochran, J., filed a concurring opinion in which Price, J., joined.*

The appellant filed an Article 11.072[1] application for habeas corpus relief. The trial court signed an order denying the application on June 11, 2010, but the order was not filed with the clerk until July 19, 2010. The appellant filed a notice of appeal on August 18, 2010. In an unpublished opinion, the Court of Appeals dismissed the appeal for want of jurisdiction because the notice of appeal was untimely filed.[2]

---

[1] TEX. CODE CRIM. PROC. art. 11.072.

[2] *Ex parte Martinez*, No. 08-10-00258-CR, 2010 WL 3904496 (Tex. App.–El Paso Oct. 6, 2010) (mem. op., not designated for publication).

Rule of Appellate Procedure 26.2(a)(1) requires that a defendant file notice of appeal within 30 days after the trial court "enters an appealable order." For the purposes of the appellate timetable, a trial court "enters" an order when it signs the order.[3] The appellant's notice of appeal was filed more than 30 days after the trial court entered its order, and is thus untimely.

We affirm the Court of Appeals. The appellant's appeal is dismissed without prejudice to his ability to file future 11.072 writ applications in this matter.

Delivered: June 29, 2011

DO NOT PUBLISH

---

[3] *State v. Rosenbaum*, 818 S.W.2d 398, 401-02 (Tex. Cr. App. 1991).